IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**MAGNOLIA PLACE**
**APARTMENTS, LLC,**

     **Plaintiff,**

v.                               CASE NO.   1:14-cv-24-MW/GRJ

**BRUCE RICHMAN,**

     **Defendant.**

_____/

**ORDER ACCEPTING AND ADOPTING REPORT AND**
**RECOMMENDATION, GRANTING ATTORNEY'S FEES,**
**AND REMANDING TO THE STATE COURT**

This Court has considered the Magistrate's Report and Recommendation, ECF No.10, and the Verified Motion for Attorney Fees, ECF No. 11.   Upon consideration, no objections having been filed by the Defendant,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion.  Attorney's fees in the amount of $250.00 are awarded to Plaintiff to be paid by the Defendant.

The Clerk shall enter judgment stating, "Plaintiff's Motions to Remand, ECF Nos. 7 and 9, are **GRANTED**, and this cause is **REMANDED** to the County Court for the Eighth Judicial Circuit in and for Alachua County, Florida.  The Clerk shall

1

send a certified copy of this order to the Clerk of the Court for the Eighth Judicial Circuit Court.  Further, Defendant shall pay the sum of **$250.00** to Plaintiff as attorney's fees."  The Clerk shall close the file.

    **SO ORDERED on May 21, 2014.**

    <u>s/Mark E. Walker</u>
    **United States District Judge**